UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PAUL SIMIEN                                DOCKET NO. 2:08-CV-1395

VS.                                             JUDGE MINALDI

U.S. COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION               MAGISTRATE JUDGE KAY

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 27] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act [Doc. 25] is **GRANTED** and the plaintiff be awarded fees under the EAJA of $4,901.42.

Lake Charles, Louisiana, on this _____ day of _____, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE